UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO SOTO MURILLO, | ) Case No.: CV 12-3402 MAN |
| Plaintiff, | ) ) ORDER AWARDING EAJA FEES |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendants. | ) ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FIVE THOUSAND FOUR HUNDRED AND FIFTY DOLLARS ($5,450.00), which includes compensation in the amount of $5,100.00 for all legal services rendered by plaintiff's attorney in this civil action and $350.00 for reimbursement of costs, as authorized by 28 U.S.C. §

1  2412(d) and 28 U.S.C. §1920, and subject to the terms and conditions of the

2  Stipulation.

3
4  DATED:   November 4, 2013

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE